# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Elizabeth Laura Neail aka Beth L. Neail aka Elizabeth Jenkins aka Beth L. Jenkins** | **BK NO. 17-00535 HWV** |
| | **Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ James C. Warmbrodt, Esquire**
                                      James C. Warmbrodt, Esquire
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322