# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

June 23, 2021

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Elizabeth Neail
Chapter 13 Bankruptcy Case No. 1-17-00535

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

JOSEPH ANGELO DESSOYE
PHELAN HALLINAN LLP
PMB SSS ACQUISITION
PO BOX 8990
TURNERSVILLE NJ 08012-8990

The Creditor's <u>previous</u> address was as follows:

JOSEPH ANGELO DESSOYE
PHELAN HALLINAN LLP
1617 JFK BOULEVARD SUITE 1400
PHILADELPHIA PA 19103-1814

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm
Enclosure



6132424601 - 16 | 53 | .51
IMBLUM LAW OFFICES, P.C.
/S/ GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111

JOSEPH ANGELO DESSOYE
PHELAN HALLINAN LLP
1617 JFK BLVD SUITE 1400
PHILADELPHIA PA 19103-1814

RETURN TO SENDER
PHELAN HALLINAN DIAMOND & JONES LLP
OMB SS ACQUISITION
PO BOX 8990
TURNERSVILLE NJ 08012-8990
RETURN TO SENDER

RETURN SERVICE REQUESTED

FIRST CLASS PRSRT
US POSTAGE PAID
PERMIT 131
PASCO WA 99302

Case 1:17-bk-00535-HWV    Doc 40    Filed 06/24/21    Entered 06/24/21 09:37:20    Desc
Main Document    Page 2 of 2