United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Elizabeth Laura Neail  
    Debtor

Case No. 17-00535-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 12, 2021      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Laura Neail, 1902 Chatham Drive, Camp Hill, PA 17011-5916 |
| aty | + | Eugene E. Pepinsky, Jr., KEEFER WOOD ALLEN & RAHAL LLP, 417 Walnut Street, 4th Floor, P.O. Box 11963, Harrisburg, PA 17108-1963 UNITED STATES 17108-1963 |
| 4883154 | + | American Coradius International, 2420 Sweet Home Road #150, Buffalo, NY 14228-2244 |
| 4883155 | | Bank Of America, PO Box 15312, Wilmington, DE 19850-5312 |
| 4917596 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4883157 | + | Bonnie K. Miller, Tax Collector, Lower Allen Twp Mun. Services Cente, 2233 Gettysburg Road, Camp Hill, PA 17011-7302 |
| 4883167 | + | Fed Loan Sevicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 4883169 | + | Frederic I. Weinberg, Esquire, 1001 East Hector Street, Suite 2220, Conshohocken, PA 19428-2395 |
| 4883170 | + | Ian Neail, 1102 Columbus Avenue, Apartment 5, Lemoyne, PA 17043-1735 |
| 4883171 | + | Jonathan Cawley, Esquire,, 3220 Tillman Drive, Bensalem, PA 19020-2050 |
| 4883172 | + | Mark & Ellen Jenkins, 100 Greenbriar Lane, Dillsburg, PA 17019-1316 |
| 4883153 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4883177 | + | PNC Bank Credit Card, PO Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 4936976 | + | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 4883175 | | Pennymac Loan Services, Attn: Bankruptcy, PO Box 514357, Los Angeles, CA 90051 |
| 4883176 | + | Pinnacle Health Hospitals, c/o Bureau of Account Management, 3607 Rosemont Avenue, Suite 50, Camp Hill, PA 17011-6943 |
| 4934329 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4883156 | | Email/Text: rmcollections@belco.org | Nov 12 2021 18:50:00 | Belco Community Credit Union, Belco Community Credit Union, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| 4907033 | + | EDI: WFNNB.COM | Nov 12 2021 23:58:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4883158 | + | EDI: CAPITALONE.COM | Nov 12 2021 23:58:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4899875 | | EDI: CAPITALONE.COM | Nov 12 2021 23:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4883162 | + | EDI: CITICORP.COM | Nov 12 2021 23:58:00 | Citibank North America, PO Box 790040, Saint Louis, MO 63179-0040 |
| 4883163 | + | EDI: CITICORP.COM | Nov 12 2021 23:58:00 | Citibank/The Home Depot, PO Box 790040, S Louis, MO 63179-0040 |
| 4883164 | + | EDI: WFNNB.COM | Nov 12 2021 23:58:00 | Comenity Bank/New York & Co, PO Box 182125, Columbus, OH 43218-2125 |
| 4883165 | + | EDI: WFNNB.COM | Nov 12 2021 23:58:00 | ComenityCapital/Boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 4884785 | | EDI: DISCOVER.COM | Nov 12 2021 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4883166 | + | EDI: DISCOVER.COM | Nov 12 2021 23:58:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 4883168 | + | EDI: BLUESTEM | Nov 12 2021 23:58:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 4883152 | | EDI: IRS.COM | Nov 12 2021 23:58:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4883160 | | EDI: JPMORGANCHASE | Nov 12 2021 23:58:00 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850 |
| 4883159 | | EDI: JPMORGANCHASE | Nov 12 2021 23:58:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 4883161 | | EDI: JPMORGANCHASE | Nov 12 2021 23:58:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 4883173 | + | Email/Text: bankruptcynotices@psecu.com | Nov 12 2021 18:50:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4923124 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 12 2021 18:50:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 4936958 | | EDI: PRA.COM | Nov 12 2021 23:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 4916525 | + | Email/Text: bankruptcynotices@psecu.com | Nov 12 2021 18:50:00 | PSECU, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 4883174 | + | EDI: RMSC.COM | Nov 12 2021 23:58:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 4929164 | | EDI: Q3G.COM | Nov 12 2021 23:58:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4908010 | | EDI: Q3G.COM | Nov 12 2021 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4902007 | | EDI: Q3G.COM | Nov 12 2021 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5109840 | | Email/Text: bncmail@w-legal.com | Nov 12 2021 18:50:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5109839 | + | Email/Text: bncmail@w-legal.com | Nov 12 2021 18:50:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4883178 | + | EDI: RMSC.COM | Nov 12 2021 23:58:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021                  Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eugene E. Pepinsky, Jr. | on behalf of Attorney Eugene E. Pepinsky Jr. epepinsky@keeferwood.com |
| Gary J Imblum | on behalf of Debtor 1 Elizabeth Laura Neail gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| James Allen Prostko | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor Pennymac Loan Services LLC r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Elizabeth Laura Neail<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8766<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–00535–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elizabeth Laura Neail
aka Beth L. Neail, aka Elizabeth Jenkins, aka
Beth L. Jenkins

**By the court:**

*[signature: Henry W. Van Eck]*

11/12/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**